1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:  (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

C 07 5267 MEJ

In the Matter of the Arbitration between        No.

AMERICAN PRESIDENT LINES, LTD., a
corporation, and APL CO. Pte., LTD., a          CERTIFICATION OF INTERESTED
corporation,                                    ENTITIES OR PERSONS

        Petitioners,                            [Local Rule 3-16]

        v.

ED LIM, an individual, doing business as
OPTIMUM DYNAMICS,

        Respondent.

/ / /

/ / /

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) Neptune Orient Lines (NOL) – parent corporation
(b) American President Lines, Ltd. (APL) – plaintiff (NOL subsidiary)
(c) APL Co. Pte., Ltd. – plaintiff (affiliated corporation)

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: October 15, 2007

_____
Mark K. de Langis
Attorney of Record for
American President Lines, Ltd. and
APL Co. Pte., Ltd.