IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a corp., and APL CO. Pte., LTD., a corp.<br><br>Plaintiff,<br><br>v.<br><br>ED LIM, an individual d/b/a OPTIMUM DYNAMICS<br><br>Defendant. | No. C 07-5267 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 26, 2007

/s/ Mark K. de Langis, Esq.
Signature

Counsel for American President Lines et al
(Name of party or indicate "pro se")