1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   In the Matter of the Arbitration between       No.  C 07-5267 PJH
14
   AMERICAN PRESIDENT LINES, LTD., a
15 corporation, and APL CO. Pte., LTD., a         NOTICE OF VOLUNTARY
   corporation,                                   DISMISSAL WITHOUT PREJUDICE
16
              Petitioners,                        [F.R.C.P. 41(a)(1)]
17
       v.
18
19 ED LIM, an individual, doing business as
   OPTIMUM DYNAMICS,
20
              Respondent.
21

22

23 ///

24

25 ///

26

NOTICE OF VOLUNTARY DISMISSAL

1
2       NOTICE IS HEREBY GIVEN that pursuant to the Federal Rules of Civil Procedure,
3   Rule 41(a)(1), plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. voluntarily
4   dismiss the above-captioned action without prejudice.
5
6   Dated:  November 9, 2008
                                                            _____
7                                                           Mark K. de Langis
                                                            Attorney of Record for
8                                                           American President Lines, Ltd. and
                                                            APL Co. Pte., Ltd.
9
10
11
12                                                          11/10/08
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*